UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARTFORD UNDERWRITERS
INSURANCE COMPANY, ET AL.,

Plaintiffs,

v.

ARCH INSURANCE COMPANY,

Defendant.

Case No. 22-cv-06382-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Case Management Conference held on February 6, 2023 and the Court's Minute Order of the same date [Dkt. 30], the Parties were directed to submit a proposed scheduling order regarding applicable discovery procedures and case management deadlines through the dispositive motion filing date for Phase 1 of this case. Having received the proposed order, the Court HEREBY ORDERS as follows:

**I.   CASE-MANAGEMENT AND TRIAL DATES**

**A.   Discovery Procedures**

The Parties have agreed to conduct discovery in two phases. Phase 1 of discovery shall begin immediately and be limited to (a) written discovery, including interrogatories, requests for production or documents, and requests for admissions, subject to the limits prescribed by the Federal Rules of Civil Procedure; (b) up to two depositions to be taken by Plaintiffs and up to two depositions to be taken by Defendant.

**B.   Phase 1 Case-Management Deadlines**

Phase 1 of Discovery shall be subject to the following deadlines:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| THIRD- PARTY COMPLAINT FILING DEADLINE: | February 28, 2023 |
| FURTHER CASE MANAGEMENT CONFERENCE:[1] | May 15, 2023 at 2:00 p.m. |

---

[1] As discussed, the case management conference will likely discuss how to address the

| | |
|---|---|
| PHASE 1 DISCOVERY DEADLINE: | August 18, 2023 |
| DISPOSITIVE MOTIONS[2] FILED BY: | October 17, 2023 |

Additional deadlines will be set following the resolution of summary judgment

Modification to the timing or extent of parties' discovery obligations under Fed. R. Civ. P. 26 and other applicable rules may be done pursuant to a separate Court Order.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 2, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

case schedule in light of the third-party complaint.

[2] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2